MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN  (CABN 231705)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
  Oakland, California 94612
  Telephone:  (510) 637-3697
  Facsimile:   (510) 637-3724
  E-Mail: brigid.martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00047 CW |
| v. | UNITED STATES' MOTION FOR LATE FILING OF SENTENCING MEMORANDUM AND [PROPOSED] ORDER |
| MARSHAY MONDRELL MCKINZIE, | |
| Defendant. | |

The United States respectfully requests that the Court grant the government two extra days to file its Sentencing Memorandum in the above-captioned case.

The sentencing for Mr. McKinzie is currently scheduled for September 16, 2013 at 2:00 p.m.  The final presentence report has not yet been issued by U.S. Probation and the governments recalls that there were a number of objections to the initial report that had to be addressed.  Assuming the final report is issued shortly, the government would generally plan to file its sentencing memorandum no later than September 9, 2013, one week prior to sentencing.

Government counsel will be out of the office and unavailable, however, from September 4 through September 10, 2013. Therefore, the government requests that it be granted a two-day extension to file its sentencing memorandum to allow counsel to return to the office and review the final presentence report before filing its memorandum. Government counsel has consulted with defense counsel for the defendant and counsel has no objection to the government's late filing.

DATED: September 3, 2013          Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney


                                   /s/ Brigid S. Martin
                                  BRIGID S. MARTIN
                                  Assistant United States Attorney


For good cause shown, the United States is hereby permitted to file its Sentencing Memorandum in the above-captioned case on September 11, 2013.

IT IS SO ORDERED.

_____
HON. CLAUDIA WILKEN
Chief United States District Judge

DATED: September 4, 2013

MOT. FOR LATE FILING AND
[PROPOSED] ORDER
CR 13-00047 CW                                2